UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL ACTION NO. 6: 18-CV-00304-REW

C.B., by and through her next
friends, her parents Z.B. and A.B.                                          PLAINTIFF,

VS:

BOARD OF EDUCATION OF
PULASKI COUNTY                                                              DEFENDANT,

## AGREED ORDER OF DISMISSAL

This matter is before the Court upon the parties' joint motion to dismiss the claims against Defendant Board of Education of Pulaski County in this action for the reason that the parties have reached a mutual resolution of the issues herein. Upon agreement of the parties as evidenced by the signatures of their respective counsel below, the parties' joint motion to dismiss is GRANTED and all claims against Defendant Board of Education of Pulaski County are DISMISSED, with prejudice, each party to bear its own costs and attorneys' fees.

This the 15th day of June, 2020.

Signed By:
*Robert E. Wier*  REW
United States District Judge

HAVE SEEN AND AGREED TO:

/s/ *Larry G. Bryson*
COUNSEL FOR DEFENDANTS
LARRY G. BRYSON

/s/*Edward E. Dove*
*by Larry G. Bryson with permission*
COUNSEL FOR PLAINTIFF
EDWARD E. DOVE


DISTRIBUTION:

Larry G. Bryson, P.S.C.          (_____)
318 West Dixie Street
London, Kentucky 40741

Edward E. Dove                   (_____)
201 W. Short St.
Suite 300
Lexington, Ky. 40507
eddove@windstream.net